

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re Frank Randolph Kelly and
Lacy Paige Brooks,

No. 11-24-00066-CV

\* Original Mandamus Proceeding

\* May 30, 2024

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered the record in this cause and concludes that Relators' petition for writ of mandamus should be conditionally granted. We direct the trial court to (1) vacate the portion of its February 1, 2024 order denying Frank Randolph Kelly's and Lacy Paige Brooks's pleas in abatement and (2) enter and order abating the above-referenced mater. A writ of mandamus will issue only if the trial court fails to act by June 19, 2024.